UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRANS-AUDIT INC.,

    Plaintiff,

v.                                                  Case No. 1:22-CV-00318-RH-MAF

CONDATA GLOBAL INC.,

    Defendant.

and

KRISTY BISHOP, an individual,

    Intervenor.

_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

All Parties hereby jointly notify the Court that they have reached a settlement in principle of this action and are preparing a written settlement agreement, which the Parties expect will result in the joint stipulated dismissal of this action in full.

The Parties hereby jointly request that the Court stay all deadlines regarding the case in light of this settlement in principle. The Parties intend to file with the Court as soon as possible, but in no event later than February 26, 2024, a joint stipulated dismissal of all claims.

In the event the Parties are unable to finalize the terms of their settlement by February 26, 2024, the Parties will notify the Court on or prior to that date of the same and advise the Court on the status of the matter.

Jointly and respectfully submitted this 19th day of February 2024.

| **DONNELLY + GROSS** | **GUNSTER, YOAKLEY & STEWART, P.A.** |
|---|---|
| By: /s/ Jung Yoon<br>Paul Donnelly, FBN 813613<br>paul@donnellygross.com<br>Jung Yoon, FBN 0599611<br>jung@donnellygross.com<br>2421 NW 41st Street, Ste A-1<br>Gainesville, FL 32606<br>Telephone: 352-374-4001<br>Facsimile: 352-374-4046<br><br>**HUTSON LAW FIRM, P.A.**<br>Bennett A. Hutson, FBN 12025<br>eservice@rightatyourside.com<br>2750 N.W. 43rd St., Suite 102<br>Gainesville, FL 32606<br>Telephone: 352-271-8100<br>Facsimile: 352-327-3322<br><br>*Counsel for Trans-Audit, Inc.* | By: /s/ Asghar A. Syed<br>Asghar A. Syed, FBN 81735<br>asyed@gunster.com<br>Lauren V. Purdy, FBN 93943<br>lpurdy@gunster.com<br>awinsor@gunster.com<br>David M. Wells, FBN 0309291<br>dwells@gunster.com<br>dculmer@gunster.com<br>1 Independent Drive, Ste. 2300<br>Jacksonville, FL 32202<br>Telephone: 904-354-1980<br>Facsimile: 904-354-2170<br><br>*Counsel for Defendants ConData Global, Inc. and Kristy Bishop* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record on this 19th day of February 2024.

>   /s/  Asghar A. Syed
>   Asghar A. Syed

ACTIVE:21116761.1