IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRANS-AUDIT, INC.,

    Plaintiff,

v.                                              CASE NO. 1:22cv318-RH-MAF

CONDATA GLOBAL, INC. et al.,

    Defendants.
_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                                   JESSICA J. LYUBLANOVITS
                                                   CLERK OF COURT

<u>March 1, 2024</u>                                       s/A. Tinaya-Miller
Date                                               Deputy Clerk: A. Tinaya-Miller